UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA and the STATE
OF NEW YORK ex rel. ERIC ROMERO,

                      Plaintiff/Relator,

    -against-

NEW YORK INSTITUTE OF TECHNOLOGY,

                      Defendant.
-------------------------------------------------------------X

18 CIVIL 7884 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

March 31, 2022

                                              RUBY J. KRAJICK
                                              Clerk of Court

BY: _____
                                              Deputy Clerk